JOHN W. HUBER, United States Attorney (#7226)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2018 MAR -7  P 4: 11

DISTRICT OF UTAH

BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | VIO: 18 U.S.C. § 111(a), Assault on a Federal Officer |
| MACON OPENSHAW, | : | |
| Defendant. | : | Case: 2:18-cr-00138<br>Assigned To : Waddoups, Clark<br>Assign. Date : 3/7/2018<br>Description: |

The Grand Jury charges:

## COUNT I
(Assault on a Federal Officer, 18 U.S.C. § 111(a))

On or about February 2, 2018, in the Central Division of the District of Utah,

MACON OPENSHAW,

defendant herein, did forcibly assault, by physical contact, an officer of the United States

while such officer was engaged in, or on account of, the performance of the officer's

official duties, in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

VEDA M. TRAVIS
Assistant United States Attorney